■■■ In the Matter of THOMAS PORTER, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [705 NYS2d 909] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The positive results of the EMIT tests constitute substantial evidence supporting the Hearing Officer's determination that petitioner violated inmate rule 113.24 (7 NYCRR 270.2 [B] [14] [xv] [using drugs]; *see, Matter of Lahey v Kelly*, 71 NY2d 135). We reject petitioner's contention that the Hearing Officer failed to act in a fair and impartial manner (*see, Matter of Hooper v Goord*, 247 AD2d 884). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Hayes, J. P., Wisner, Hurlbutt and Kehoe, JJ.